**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN (GREENBELT) DIVISION**

| | |
|---|---|
| MARY UMPHRIES and ERIC UMPHRIES, | ) ) ) |
| Plaintiffs, | ) ) ) No.  8:12-cv-3403 |
| vs. | ) ) |
| EVEREST RECEIVABLE SERVICES, INC., | ) ) **NOTICE OF DISMISSAL** ) |
| Defendant. | ) |

Now comes the Plaintiffs, MARY UMPHRIES and ERIC UMPHRIES, by and through their attorneys, and hereby advises the Court that they are dismissing the above-captioned matter with prejudice, pursuant to a settlement agreement reached between the parties

Respectfully Submitted,

_____/s/_____
Mitchel E. Luxenburg (29092)
Attorney for Plaintiffs
Luxenburg & Levin, LLC
23875 Commerce Park
Suite 105
Beachwood, OH 44122
(888) 493-0770, ext. 301 (phone)
(866) 551-7791 (facsimile)
Mitch@LuxenburgLevin.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2013, a copy of the foregoing Notice of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                          /s/_____
Mitchel E. Luxenburg (29092)
Attorney for Plaintiffs
Luxenburg & Levin, LLC
23875 Commerce Park
Suite 105
Beachwood, OH 44122
(888) 493-0770, ext. 301 (phone)
(866) 551-7791 (facsimile)
Mitch@LuxenburgLevin.com